# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | | |
|---|---|---|
| JOHN WILLIAM BALES JR., | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:23-cv-00682-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | **)** | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 11, 2024 Order of Remand.

March 11, 2024

_____

Katherine Hord Simon, Clerk
United States District Court